IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**THOMAS AND PATRICIA LEWIS**                                    **PLAINTIFFS**

v.                      No. 3:23-cv-00241-BSM

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                             **DEFENDANTS**

### JOINT MOTION TO DISMISS

Come the parties, Plaintiffs Thomas and Patricia Lewis and Defendant State Farm Fire and Casualty Company, by and through their respective counsel, and for their Joint Motion to Dismiss with prejudice, state as follows:

1. The parties to the above-captioned lawsuit have resolved the dispute among them.

2. Based upon the resolution of the dispute among them, the parties hereby request that this case be dismissed with prejudice.

WHEREFORE, the parties respectfully request that their Joint Motion to Dismiss with prejudice be granted and that they be given all other relief to which they are entitled.

Respectfully submitted,

EASLEY & HOUSEAL, PLLC
Post Office Box 1115
Forrest City, AR 72336-1115
P: (870) 633-1447
austin@ehtriallawyers.com

BY:   AUSTIN H. EASLEY, ABN 2010154
*Attorneys for Plaintiffs*

- and –

                              MUNSON, ROWLETT, MOORE & BOONE, P.A.
One Allied Drive, Suite 1600
Little Rock, Arkansas 72202
Telephone: (501) 374-6535
Facsimile: (501) 374-5906
Shane.strabala@mrmblaw.com

BY:   SHANE STRABALA, ABN 2000080
*Attorneys for Defendant*