IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THOMAS AND PATRICIA LEWIS                                                PLAINTIFFS

v.                          CASE NO. 3:23-CV-00241-BSM

STATE FARM FIRE AND
CASUALTY COMPANY                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 25th day of June, 2024.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE